## KNIGHT v. KELLEY.

1. INSTRUCTIONS. Instructions not excepted to when given to the jury, will not be noticed in the appellate court.
2. VERDICT ON SUNDAY. A judgment will not be reversed because it was rendered on Sunday, when the only evidence of that fact which is brought before the appellate court is the recitation of the clerk in making up the journal entry.

*Appeal from Floyd District Court.*

WEDNESDAY, DECEMBER 9.

WRIGHT, C. J.—Instructions not excepted to at the time they were given, will not be noticed in this court. And the certificate of the clerk that certain instructions were given and objected to by the appellant, is not sufficient evidence of such exception.

Where a party objects that the verdict of the jury was received and judgment rendered on Sunday, he should introduce other evidence of these facts, than the mere recitation of the clerk in making up the journal entry. The best evidence of such facts, is a bill of exceptions properly signed by the judge trying the cause. Where this is wanting there must be evidence of like conclusiveness. This is not presented in the case before us.

Judgment affirmed.